IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EDGARDO CINTRON CARABALLO
ZORAIDA RIVERA SANTIAGO

XXX-XX-1510
XXX-XX-3532

CASE NO. 09-09220 SEK
Chapter 13

FILED & ENTERED ON 02/01/2011

Debtor(s)

## O R D E R

For the reasons stated in COOPERATIVA A/C EMPLEADOS POSTALES's Motion to Dismiss filed on 12/29/2010, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this February 01, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c:  ALL CREDITORS
    DEBTOR
    MARILYN VALDES ORTEGA
    JOSE RAMON CARRION MORALES